IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01259-MSK-CBS

BENITO LOYA,
GLORIA LOYA,

      Petitioners,

v.

MARIO ORTIZ, District Director, Bureau of Citizenship and Immigration Services (USCIS),
DOUGLAS MAURER, Interim Field Director, or current Director of Immigration and Customs
Enforcement (ICE), a subdivision of Department of Homeland Security, Denver, Colorado,

      Respondents.

## ORDER RESCHEDULING HEARING

Due to an emergency scheduling conflict, the hearing previously set for **July 12, 2006 at 8:30 a.m.** is hereby reset to **July 18, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 7th day of July, 2006.

                                                   **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge