IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01259-MSK-CBS

BENITO LOYA,
GLORIA LOYA,

　　　　Petitioners,

v.

MARIO ORTIZ, District Director, Bureau of Citizenship and Immigration Services (USCIS),
DOUGLAS MAURER, Interim Field Director, or current Director of Immigration and Customs
Enforcement (ICE), a subdivision of Department of Homeland Security, Denver, Colorado,

　　　　Respondents.

---

## ORDER

---

**THIS MATTER** is before the Court on the  Joint Motion to Vacate July 18, 2006

Hearing **(#11)**.  The Court having reviewed the foregoing:

**ORDERS** that the Joint Motion to Vacate July 18, 2006 Hearing **(#11) is GRANTED in

part and DENIED in part.**  The hearing set for **July 18, 2006 at 9:00 a.m.** is **VACATED.**

However, the Court will not require the filing of a joint status report.  If the parties desire a

hearing they may file a motion requesting one.

　　　　Dated this 11th day of July, 2006.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge