IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01259-MSK-CBS

BENITO LOYA,
GLORIA LOYA,

      Petitioners,

v.

MARIO ORTIZ, District Director, Bureau of Citizenship and Immigration Services (USCIS),
DOUGLAS MAURER, Interim Field Director, or current Director of Immigration and Customs
Enforcement (ICE), a subdivision of Department of Homeland Security, Denver, Colorado,

      Respondents.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 12th day of July, 2006

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge