IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01259-MSK-CBS

BENITO LOYA,
GLORIA LOYA,

    Petitioners,

v.

MARIO ORTIZ, District Director, Bureau of Citizenship and Immigration Services (USCIS),
DOUGLAS MAURER, Interim Field Director, or current Director of Immigration and Customs
Enforcement (ICE), a subdivision of Department of Homeland Security, Denver, Colorado,

    Respondents.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

**THIS MATTER** is before the Court on the Motion to Dismiss **(#16)** filed July 28, 2006.

The Court having reviewed the foregoing:

**ORDERS** that the Motion to Dismiss **(#16)** is **GRANTED** and the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 28th day of July, 2006.

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge